# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TIMOTHY R. BILLIOT

VERSUS

STATE OF LOUISIANA (WARDEN
JOSEPH PETER EDWARDS)

NO.    2024 CW 1012

**DECEMBER 16, 2024**

---

In Re:    Timothy R. Billiot, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No. 83227.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to include file-stamped copies of the notice of intent to seek writs filed within thirty days of notice of the ruling at issue, the return date order, and any extensions of his return date in violation of the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(11). This court also requires a copy of the notice of mailing of the July 11, 2024 order denying the motion to lift automatic stay.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

If relator seeks to file a new application with this court, it must contain all pertinent documentation, including all documents to show the original writ application was timely, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before January 15, 2025, and must contain a copy of this ruling.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT